95 A.3d 256

IN THE MATTER OF THE CIVIL COMMITMENT
OF S.G., SVP–605–11.

(S.G.—PETITIONER).

July 25, 2014.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for reconsideration in light of this Court's opinion in *IMO the Civil Commitment of D.Y.* (A–42–12), filed July 24, 2014, 218 *N.J.* 359, 95 *A.*3d 157, 2014 *WL* 3677914.   Jurisdiction is not retained.